# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: Donald Everett Watson, II )<br>Brenda Ruth Watson )<br>)<br>)<br>)<br>Debtor(s). ) | CASE NO: 15-03546<br><br><br><br>Chapter 13 | |

## DEBTOR'S MOTION TO SELL REAL ESTATE

COMES NOW the Debtors appearing by and through their attorney of record, James E. Loris, Jr., and respectfully moves this Honorable Court for an Order allowing them to sell real property, and in support of said Motion, respectfully shows as follows:

1. The Debtor's Chapter 13 case was filed on October 27, 2015.

2. Debtors own property located at 200 North Forest Hill Drive, Brewton, AL 36426.

3. The Debtors are requesting approval for the sale of the property for $60,000.00, which will be used to pay all existing liens, exemptions entitled to with the remaining balance to be paid to the Chapter 13 Trustee.

4. The Debtors aver that the sale of this property shall not result in any prejudice to their creditors.

WHEREFORE, PREMISES CONSIDERED, the Debtors pray that this Honorable Court enter an Order permitting the Debtors to sell the property and for such other further relief as this Court deems appropriate.

Respectfully Submitted,

/s/ JAMES E. LORIS, JR.
James E. Loris, Jr. (lorij 4508)
Attorney for Debtor(s)
P.O. Box 5
Mobile, AL  36601-0005
(251) 432-3100

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing pleading to Daniel B. O'Brien, Chapter 13 Standing Trustee, by electronically filing same with the United States Bankruptcy Court Website properly addressed this 25th day of June, 2020.

                                                    /s/ JAMES E. LORIS, JR.
                                                    James E. Loris, Jr.